

UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DAVID A. STEBBINS                                                      PLAINTIFF

VS                        CASE NO. 1:14CV1267

TWO UNKNOWN NAMED
FEDERAL AGENTS OF THE                             DEFENDANTS
U.S. MARSHAL SERVICE

## MOTION FOR JOINDER OF PARTIES

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for the Court to order that certain named federal agents be added as Defendants in this case.

1. First, the supervisor only gave Plaintiff his first name: "Carter."

2. This is not enough information for Plaintiff to list him as a Defendant in this case. However, the judges of this Court most likely know what Carter's last name is. Plaintiff asks that the judges take that knowledge and order that that person be listed as a Defendant in this action, in place of one of the "unknown-named federal agents."

3. Plaintiff also asks that he be given a copy of an order that is meant to be served on Carter the Supervisor, once his last name is listed. This order would command Carter to release the first and last name of the subordinate agent who he talked to on September 22, 2014, pursuant to ¶¶ 19-23 of the Complaint in this case.

4. Plaintiff will serve that copy of this order, alongside service of process (Note: Normally, he would ask the Marshal serve process on the Defendants, but here, it IS the Marshal! Thus, Plaintiff will instead serve the defendant via certified mail under Fed.R.Civ.P. 4(i)).

5. Once this requested order has been complied with, Plaintiff subsequently asks that this Court order the name given in response to that order be listed as a defendant, in place of the other

"unknown named federal agent."

6. When the second agent has been served with process, and subsequently files an Answer, we can finally move this case forward, into the discovery phase.

7. Wherefore, premises considered, Plaintiff respectfully requests that this Motion for Joinder of Parties be granted.

So requested on this, the 23rd day of September, 2014.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com