IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-1267 |
| | ) |
| TWO UNKNOWN NAMED FEDERAL AGENTS OF THE U.S. MARSHAL SERVICE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER comes before the Court on Plaintiff David A. Stebbins' Emergency Motion for Preliminary Injunction. It appearing to the Court that there is no likelihood of irreparable harm in the absence of preliminary relief, it is hereby

ORDERED that Plaintiff's Emergency Motion for Preliminary Injunction is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 26, 2014