

UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DAVID A. STEBBINS           PLAINTIFF

VS      CASE NO. 1:14-cv-01267-CMH-TCB

TWO UNKNOWN NAMED
FEDERAL AGENTS OF THE         DEFENDANTS
U.S. MARSHAL SERVICE

## NOTICE OF WAIVER OF ORAL ARGUMENT OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT BY TELEPHONE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice of Waiver of his Right to Oral Argument on all currently-pending motions in this case.

1. Plaintiff, at first, believed that he had already filed this waiver. However, a review of Pacer shows otherwise.

2. The following motions are currently pending:

    (a) Plaintiff's Application for Leave to Proceed *In Forma Pauperis*

    (b) Plaintiff's Complaint (though not a motion, the IFP application causes it to still be subject to similar review, under 28 USC § 1915(e)(2)), and

    (c) Plaintiff's Motion for Joinder of Parties

3. If the Court determines that an oral argument is necessary, Plaintiff asks for leave to participate in the argument by phone.

4. The Court is so notified on this, the 16th day of October, 2014.

                                               David Stebbins
                                               123 W. Ridge St., APT D
                                               Harrison, AR 72601
                                               870-204-6516
                                               stebbinsd@yahoo.com