UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
OCT 23 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| DAVID A. STEBBINS ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civ. No. 1:14cv1267 |
| ) | |
| TWO UNKNOWN NAMED FEDERAL ) | |
| AGENTS OF THE U.S. MARSHALL ) | |
| SERVICE, ) | |
|     Defendants. ) | |

ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Leave to Participate in Oral Argument by Telephone (Dkt. 7). Upon consideration of the pleadings, it is hereby

ORDERED that Plaintiff's motion is prospective in nature and therefore DENIED.

Plaintiff is directed to file a notice of waiver of oral argument on his own behalf at the time any motions are filed, if he so chooses. The Court will determine at that time if it requires oral argument in person or by telephone.

ENTERED this 23rd day of October, 2014.

                                                      /s/
                                         Theresa Carroll Buchanan
                                         United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia