IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DAVID A. STEBBINS, )
)
        Plaintiff, )
)
V. )   Civil Action No. 1:14CV1267
)
TWO UNKNOWN NAMED FEDERAL )
AGENTS OF THE U.S. MARSHAL )
SERVICE, )
        Defendant. )
)

## ORDER

It appearing to the Court no service has been effected within 120 days of the filing of the Complaint, it is hereby

ORDERED that the Plaintiff within twenty (20) days show cause, if any they can, why this case should not be dismissed pursuant to F.R.Civ.P. 4(m).

                                              CLAUDE M. HILTON
                                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 5, 2015