UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DAVID A. STEBBINS            PLAINTIFF

VS      CASE NO. <u>1:14-cv-01267-CMH-TCB</u>

TWO UNKNOWN NAMED
FEDERAL AGENTS OF THE            DEFENDANTS
U.S. MARSHAL SERVICE

## RESPONSE TO [010] SHOW CAUSE ORDER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits his response to Doc. 10 in the above-styled action, the District Court's Order to Show Cause Why this Case Should Not Be Dismissed Under Fed.R.Civ.P. 4(m).

1. Plaintiff is *pro se*. As a result, sometimes his compliance with the Rules of Civil Procedure may be sloppy. The District Court is obligated to provide reasonable accommodations for *pro se* litigants. See *Haines v. Kerner*, 404 US 519 (1972).

2. That being said: The reason Plaintiff has not yet served process on the Defendants in this case is because ... he was previously of the belief that he physically could not do so.

3. Plaintiff believed that there needed to be defendants-to-be-served before service of process could be executed. This case's defendants, currently, are "Two Unknown Named Federal Agents."

4. Plaintiff filed a Motion for Joinder of Parties in this case (Doc. 3) and then waived his right to oral argument (Doc. 6). However, that motion has still not been ruled on.

5. Plaintiff was of the belief that this Motion needed to be granted before Plaintiff could proceed.

6. Plaintiff, prompted by this Order, will now go out on a limb. He is filing, simultaneously

with this Response, a Motion for Martial Service.

7.  This Motion for Martial Service is being filed within the initial 120 day time limit to conduct service of process. This should be sufficient to conduct service of process in this case.

8.  The Court is so notified on this, the 7th day of January, 2015.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com