JAN 12, 2015

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DAVID A. STEBBINS**          **PLAINTIFF**

VS          CASE NO. **1:14-cv-01267-CMH-TCB**

**TWO UNKNOWN NAMED
FEDERAL AGENTS OF THE          DEFENDANTS
U.S. MARSHAL SERVICE**

## MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for the Court issue a subpoena *duces tecum*, addressed to one Robert Mathieson, in his official capacity as the United States Marshal for the Eastern District of Virginia.

1. Plaintiff asks that this man be ordered to disclose the full names of the two subordinate agents Plaintiff refers to in his complaint.

2. This includes …

   - The last name of Carter the Supervisor, and

   - The first and last name of the agent who Carter "talked to" concerning the underlying threats.

3. This way, these two people can be added as defendants in the above-styled action.

4. So requested on this, the 7th day of January, 2015.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com