

UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DAVID A. STEBBINS                         PLAINTIFF

VS       CASE NO. <u>1:14-cv-01267-CMH-TCB</u>

TWO UNKNOWN NAMED
FEDERAL AGENTS OF THE                       DEFENDANTS
U.S. MARSHAL SERVICE

## MOTION FOR MARTIAL SERVICE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Conditional Motion for Martial Service in the above-styled action.

1. Plaintiff was hoping that the Court would grant Plaintiff's Motion for Joinder of Parties, so he could conduct service of process once he knows exactly who the defendants are.

2. However, apparently the Court has no intention of granting that Motion.

3. Therefore, while he still has a few days left within his 120 day time limit to file

4. Plaintiff is entitled to have this motion granted, under Fed.R.Civ.P. 4(c)(3).

                                                   David Stebbins
                                                   123 W. Ridge St.,
                                                   APT D
                                                   Harrison, AR 72601
                                                   870-204-6516
                                                   stebbinsd@yahoo.com