```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division


DAVID A. STEBBINS                    )
         Plaintiff,                  )
                                     )
             v.                      )   Civ. No. 1:14cv1267
                                     )
TWO UNKNOWN NAMED FEDERAL            )
AGENTS OF THE U.S. MARSHAL           )
SERVICE,                             )
         Defendants.                 )
```

ORDER

THIS MATTER came before the Court on Three Motions.

First, Plaintiff's motion for Joinder of Parties (Dkt. 3) essentially asks that the judges of this Court conduct discovery to find the names of the employees of the U.S. Marshal Service who are the subjects of Plaintiff's complaint. That is improper and is hereby DENIED.

As to Plaintiff's Motion for Issuance of Subpoena Duces Tecum (Dkt. 12), it is hereby GRANTED. The clerk shall issue a subpoena duces tecum to Robert Mathieson, U.S. Marshal for the Eastern District of Virginia, to disclose documents sufficient to reveal the information requested in Plaintiff's motion by filing it with the Clerk of Court by 12:00pm on February 13, 2015.

Plaintiff's Motion for "Martial" Service (Dkt. 13) is therefore moot and thus DENIED.

ENTERED this __15th__ day of January, 2015.

                                                        /s/
                                      THERESA CARROLL BUCHANAN
                                      UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia