AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| David A. Stebbins | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:14-cv-1267-CMH-TCB |
| Two Unknown Named Federal Agents of the U.S. Marshal Service | ) | |
| *Defendant* | ) | |

FILED
2015 JAN 16 A 8:30
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

RECEIVED
JAN 15 2015

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Robert Mathieson, U.S. Marshal for the Eastern District of Virginia

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
   SEE ATTACHED ORDER

| Place: Clerk of Court - United States District Court - EDVA<br>401 Courthouse Square<br>Alexandria, VA 22314-5798 | Date and Time:<br>02/13/2015 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/15/2015

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:14cv1267-CMH-TCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Robert Mathieson, USM__
on *(date)* __01/15/15__ .

☒ I served the subpoena by delivering a copy to the named person as follows: __Personal service executed on USM Robert Mathieson at 600 Granby St., Norfolk, VA 23510__
 on *(date)* __01/15/15 @ 17:05__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __01/15/15__

__[signature], SDUSM__
*Server's signature*

__Greg Leljedal, SDUSM__
*Printed name and title*

__600 Granby St. Norfolk, VA 23510__
*Server's address*

Additional information regarding attempted service, etc.: