IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:14-cv-1267 ) |
| TWO UNKNOWN NAMED FEDERAL AGENTS OF THE U.S. MARSHAL SERVICE, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

It appearing to the Court that Plaintiff has until January 23, 2015, to make service, it is hereby

ORDERED that the Court's previous Rule to Show Cause is DISMISSED.

It is further ORDERED that Plaintiff's Motion for Joinder of Parties is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 16, 2015