UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



DAVID A. STEBBINS                                              PLAINTIFF

VS            CASE NO. <u>1:14-cv-01267-CMH-TCB</u>

TWO UNKNOWN NAMED
FEDERAL AGENTS OF THE                                          DEFENDANTS
U.S. MARSHAL SERVICE

<u>NOTICE OF WAIVER OF ORAL ARGUMENT</u>

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits that he waives his right to orally argue the currently-pending Motion for Subpoena *Duces Tecum* as well as the currently-pending Motion for Marshal Service.

So notified on this, the 16th day of January, 2015.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com