David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601



U.S. District Court
401 Courthouse Sq.
Alexandria, VA 22324