```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      Alexandria Division
```

DAVID A. STEBBINS            )
    Plaintiff,            )
                          )
             v.           )   Civ. No. 1:14cv1267
                          )
TWO UNKNOWN NAMED FEDERAL    )
AGENTS OF THE U.S. MARSHAL   )
SERVICE,                     )
    Defendants.           )

## ORDER

THIS MATTER came before the Court on Plaintiff's Second Motion for Joinder of Parties (Dkt. 20.)  Upon consideration of the pleadings, this motion is hereby GRANTED.  The Clerk of the Court is instructed to add Joshua Devine and Ronald Carter as defendants in this case in the place of the "Two Unknown Named Federal Agents".

ENTERED this _19th_ day of February, 2015.


                                                          /s/
                                  THERESA CARROLL BUCHANAN
                                  UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia