FILED
MAILROOM
MAY - 4 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DAVID A. STEBBINS**                                         **PLAINTIFF**

**VS**             **CASE NO. 1:14-cv-01267-CMH-TCB**

**RONALD CARTER AND**
**JOSHUA DEVINE**                                             **DEFENDANTS**

### AFFIDAVIT OF SERVICE AND SECOND MOTION (AND INCORPORATED BRIEF IN SUPPORT THEREOF) FOR ISSUANCE OF SUBPOENA DUCES TECUM

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Affidavit of Service and Second Motion for Issuance of Subpoena Duces Tecum.

1. First and foremost, please forgive my delay in getting this sent. It took a long time for me to get back the return receipt from the District of Columbia (since it's a little farther away than Alexandria), and I wanted to wait until I had all four return receipts. When I finally got my return receipt back from the U.S. Attorney General, I was only a few days away from a jury trial here in Arkansas, scheduled for April 23, 2015, and I, understandably, wanted to focus on that. I'm attaching, as **Exhibit A**, the notice of said jury trial. Then, I was in the hospital for a week when I started vomiting blood. I'm attaching, as **Exhibit B**, the first page of my discharge papers, proving that I was, indeed, in the hospital until April 30. Only the first page will be attached, since I prefer to keep my medical information confidential insofar as it is not necessary to prove my alibi. I hope you understand.

2. That being said, the attached return receipts prove that the Defendants have been served … except for Joshua Devine. You will notice that, even though I paid extra for only the addressee to be eligible to sign for the package, somebody else signed instead. The Post Office dropped the ball in that regard.

3. On some day in late March (I forget the exact date), I received a call from the Marshal Service of that district[1], saying that there was no Joshua Devine that worked there, and she did not know of any Joshua Devine, anywhere in the federal government in that area.

4. So, not only did the Post Office drop the ball when they allowed somebody else to sign when I specifically said "restricted delivery," but Robert Mathieson, when complying with the previous Subpoena Duces Tecum, dropped the ball when he was naming the Defendants.

5. I humbly ask the Court to issue another subpoena duces tecum to Robert Mathieson, in his official capacity as United States Marshal for the Eastern District of Virginia, to once again give the identity and location of the man who threatened to fabricate charges against me if I did not kiss his butt.

6. In addition, to prevent another mistake such as this one, I ask that Mr. Mathieson be ordered to produce verbatim copies of every single record he looked at to form his decision as to who the perp is and where he can be served. That way, I will have the opportunity to analyze and scrutinize the verity of his conclusions.

7. In any event, the attached return receipts (consider those "**Exhibits C through F**") show that Ronald Carter is served. We now patiently await his appearance.

Please issue this Subpoena D.C. as soon as possible. Thank you.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

---

1 If you look at the record, you'll see that the U.S. Marshal, on February 19, 2015, actually stated that Joshua Devine's business address was in Mobile, AL.