

# GORDON WEBB
## Circuit Judge, Division 4
### Fourteenth Judicial District
Baxter   Boone   Marion   Newton

Polly Leimberg   RaLenn McBee
Certified Court Manager   Certified Court Reporter

P. O. Box 785
Harrison, AR 72602-0785
Phone (870)741-2102
Fax  (870)741-1874
Boone County Courthouse
100 North Main Street, Suite 302
Harrison Office

Marion County Courthouse
Old Main Street
Yellville Office

April 13, 2015

Mr. Jim Goldie
Attorney at Law
VIA FAX      870-741-6897

Mr. David Stebbins
123 West Ridge, Apt D
Harrison, AR 72601

FILED FOR RECORD
2015 APR 13 PM 1:18
RHONDA WATKINS
BOONE CO. CIRCUIT CLERK
BY ___ DC

RE:   Stebbins v Stebbins, Boone CV2012-085-4

Dear Counsel and Mr. Stebbins:

    Please be advised that the location of jury trial scheduled for Thursday, April 23, 2015 shall be in the main courtroom of the Smith Henley Federal Building, 402 North Walnut Street, Harrison, Arkansas and will begin at 9:00 a.m.

Most respectfully,

POLLY LEIMBERG
Certified Court Manager

cc:   Stebbins v Stebbins, Boone CV2012-085-4

Exh. A

| | | |
|---|---|---|
| DATE: 04/30/15 @ 0716　USER: LSTERLING | St. Bernards Medical Center ADM *LIVE*　Discharge Instructions | PAGE 1 |

St. Bernards Behavior Health 24 hour emergency phone number: 870-932-2800

Patient Name: STEBBINS,DAVID　　　　　　Room #: 305　　　　　　Primary Care Physician Name and Phone:
Date of Birth: 12/29/1988　　　　　　　　Account #: SV0131867699
Admit Date: 04/25/15　　Unit: APU
Att Dr:　WEEKS,ELOISE E MD　　　　　　Report #: 0000-0000　　　　Discharge Instruction Type: Other

Reason for Visit: ESOPHAGITIS,HEMATEMESIS

Major Procedures/Surgeries/Tests During Hospitalization With Brief Summary of Results:
　No Major Surgeries

Follow-Up Visits:
　Appointment 1 Doctor Name: Health Resources (Chris A)　Phone: 866-308-9925　Appointment Date: 5/1/2015
　　Follow Up Appointment:　　　　　　　　　　　　　　　Fax: 870-741-474784　Appointment Time: 330pm
　　Patient/Caregiver was Instructed to Schedule Appointment 1: No
　　Follow Up Appointment Comment 1:
　　　4081 highway 7 south

　　　harrison arkansas 72602

Diets:
　No Restrictions
If Patient is Transferred to Another Facility
Surgeries/Tests/Procs Sent to Facility Along with Patient:

Patient Has Advance Directive / Care Plan?　No
Patient Wants an Advance Directive / Care Plan?　Patient Refused
Activity:
　Resume Normal Activity

Has This Patient had a Stroke or Stroke Risk Factors?　No
　**Stroke or Other Diagnoses Could Include
　TIA, CVA, Mental Status Change, Subarachnoid
　Hemorrhage, or Carotid Endarterectomy**
Have you Used Tobacco Products in the Past 30 Days?　No
Pt Request Electronic Copy of D/C Inst. via eMail, Fax, or CD?　No
Was the Electronic D/C Inst. Given to Pt via eMail, Fax or CD?　No

Discharge Diagnosis:
　Major Depressive disorder,recurrent,severe,aspergers syndrome
Type of Discharge:
　Routine

Status on Discharge:
　Oriented
　Alert
　Cooperative

Daily Care:
　Self

Did Patient Have a VTE Diagnosis on Warfarin Therapy?　No
Approximate Date of Any Pneumococcal Vaccination?
　none
Elligible for Pneumovax 0.5 Milliliters IM at Discharge?　Patient Declines Vac
Patient was Discharged on 2 Antipsychotic Medications?　No
Follow up Recommendations to Patient Included:　Follow up as Noted Above
Discharge Global Assessment of Function (GAF): 59

Behavorial D/C Summary and Med Rec Faxed to Providers Listed: Yes
Discharge Weight:
　236.335 lbs. 0.


Other Instructions Given:
Pending Radiology (CT,X-Ray) or Tissue/Biopsy Studies
　No Rad Test Pending

Exh. B