

# GORDON WEBB
## Circuit Judge, Division 4
### Fourteenth Judicial District

Baxter   Boone   Marion   Newton

Polly Leimberg      RaLenn McBee
Certified Court Manager    Certified Court Reporter

P. O. Box 785
Harrison, AR 72602-0785
Phone (870)741-2102
Fax (870)741-1874
Boone County Courthouse
100 North Main Street, Suite 302
Harrison Office
Marion County Courthouse
Old Main Street
Yellville Office

April 13, 2015

Mr. Jim Goldie
Attorney at Law
VIA FAX     870-741-6897

Mr. David Stebbins
123 West Ridge, Apt D
Harrison, AR 72601

RE:    Stebbins v Stebbins, Boone CV2012-085-4

Dear Counsel and Mr. Stebbins:

     Please be advised that the location of jury trial scheduled for Thursday, April 23, 2015 shall be in the main courtroom of the Smith Henley Federal Building, 402 North Walnut Street, Harrison, Arkansas and will begin at 9:00 a.m.

Most respectfully,

POLLY LEIMBERG
Certified Court Manager

cc:    Stebbins v Stebbins, Boone CV2012-085-4

FILED FOR RECORD 2015 APR 13 PM 1:18 RHONDA WATKINS BOONE CO. CIRCUIT CLERK BY DC

Exh. A

```
DATE: 04/30/15 @ 0716            St. Bernards Medical Center ADM *LIVE*                    PAGE 1
USER: LSTERLING                         Discharge Instructions
```

|  |  |  |
|---|---|---|
| | St. Bernards Behavior Health 24 hour emergency phone number: 870-932-2800 | |
| Patient Name: STEBBINS,DAVID | Room #: 305 | Primary Care Physician Name and Phone: |
| Date of Birth: 12/29/1988 | Account #: SV0131867699 | |
| Admit Date: 04/25/15   Unit: APU | | |
| Att Dr:   WEEKS,ELOISE E MD | Report #: 0000-0000 | Discharge Instruction Type: Other |

Reason for Visit: ESOPHAGITIS,HEMATEMESIS

Major Procedures/Surgeries/Tests During Hospitalization With Brief Summary of Results:
  No Major Surgeries

Follow-Up Visits:
  Appointment 1 Doctor Name: Health Resources (Chris A)   Phone: 866-308-9925   Appointment Date: 5/1/2015
    Follow Up Appointment:                                Fax: 870-741-474784   Appointment Time: 330pm
    Patient/Caregiver was Instructed to Schedule Appointment 1: No
    Follow Up Appointment Comment 1:
      4081 highway 7 south

      harrison arkansas 72602

Diets:
  No Restrictions
If Patient is Transferred to Another Facility
Surgeries/Tests/Procs Sent to Facility Along with Patient:

Patient Has Advance Directive / Care Plan?  No
Patient Wants an Advance Directive / Care Plan?  Patient Refused
Activity:
  Resume Normal Activity

Has This Patient had a Stroke or Stroke Risk Factors? No
  **Stroke or Other Diagnoses Could Include
   TIA, CVA, Mental Status Change, Subarachnoid
   Hemorrhage, or Carotid Endarterectomy**
Have you Used Tobacco Products in the Past 30 Days? No
Pt Request Electronic Copy of D/C Inst. via eMail, Fax, or CD? No
Was the Electronic D/C Inst. Given to Pt via eMail, Fax or CD? No

Discharge Diagnosis:
  Major Depressive disorder,recurrent,severe,aspergers syndrome
Type of Discharge:
  Routine

Status on Discharge:
  Oriented
  Alert
  Cooperative

Daily Care:
  Self

Did Patient Have a VTE Diagnosis on Warfarin Therapy?  No
Approximate Date of Any Pneumococcal Vaccination?
  none
Elligible for Pneumovax 0.5 Milliliters IM at Discharge?  Patient Declines Vac
Patient was Discharged on 2 Antipsychotic Medications?  No
Follow up Recommendations to Patient Included:  Follow up as Noted Above
Discharge Global Assessment of Function (GAF): 59

Behavorial D/C Summary and Med Rec Faxed to Providers Listed: Yes
Discharge Weight:
  236.335 lbs. 0.


Other Instructions Given:
Pending Radiology (CT,X-Ray) or Tissue/Biopsy Studies
  No Rad Test Pending

*Exh. B*