

# UNTED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

**DAVID A. STEBBINS**                                                                                    **PLAINTIFF**

**VS**               **CASE NO. 1:14-cv-01267-CMH-TCB**

**RONALD CARTER AND**
**JOSHUA DEVINE**                                                                                        **DEFENDANTS**

## NOTICE OF WAIVER OF ORAL ARGUMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby waives his right to oral argument on the Second Motion for Issuance of Subpoena Duces Tecum (Doc. 26) in the above-styled action.

So notified on this, the 7th day of May, 2015.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com