UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS <br>     Plaintiff, <br><br> v. <br><br> TWO UNKNOWN NAMED FEDERAL <br> AGENTS OF THE U.S. MARSHAL <br> SERVICE, <br>     Defendants. | ) <br> ) <br> ) <br> ) Civ. No. 1:14cv1267 <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

THIS MATTER came before the Court on Plaintiff's Affidavit of Service and Second Motion (and Incorporated Brief in Support Thereof) for Issuance of Subpoena Duces Tecum (Dkt. 26). Upon consideration whereof, it is hereby ORDERED that the U.S. Marshal supplement his Response to Subpoena Duces Tecum (Dkt. 19) with the current work address for Joshua Devine within 10 days of the date of this order.

ENTERED this 12th day of May, 2015.

The clerk is directed to send a copy of this Order to the plaintiff as well as:

    Dennis C. Barghaan, Jr.
    Assistant U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, VA 22314

                                       /s/
                              Theresa Carroll Buchanan
                              United States Magistrate Judge

                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia