# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

May 11th, 2015

Dear Pro Se Litigant,

Pursuant to Local Civil Rule 83.1 (copy enclosed), all pro se litigants are required to complete a certification that states either that: 1. no attorney has prepared and/or assisted you in the preparation of your documents or 2. an attorney has prepared and/or assisted you in the preparation of your documents, and you must then provide the attorney(s) name, address and telephone number on the certification.

Your recently filed document(s) Second Motion for Issuance of Subpoena Duces Tecum and Notice of Waiver of Oral Argument did not include a Rule 83.1 Certification. Enclosed for your use is a Certification Form to be completed and returned to the Clerk's Office as soon as possible.

Your cooperation in this matter is greatly appreciated. Should you have any questions, please feel free to contact the Alexandria Clerk's Office at 703-299-2101.

Sincerely,


/s/ _____

Deputy Clerk