## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Civil Action No. 1:14cv1267 |
| ) | |
| TWO UNKNOWN NAMED FEDERAL  ) | |
| AGENTS OF THE U.S. MARSHAL  ) | |
| SERVICE,  ) | |
| ) | |
| Defendants.  ) | |
| _____ ) | |

### UNITED STATES MARSHALS SERVICE'S RESPONSE TO COURT'S ORDER OF MAY 12, 2015

In an order dated May 12, 2015, this Court directed the United States Marshal for this district to "supplement his response to Subpoena Duces Tecum (Dkt. 19) with the current work address for Joshua Devine." Pursuant to this order, undersigned counsel has reconfirmed with the United States Marshals Service ("USMS") that the current work address for Joshua Devine is essentially that which was contained in the earlier response:

> Joshua Devine
> Deputy U.S. Marshal
> Southern District of Alabama
> U.S. Courthouse
> 113th St. Joseph Street
> Mobile, Alabama  36602

The only "update" is the omission of "413" before "United States Courthouse." Once again, in providing this information, USMS expressly provides no representation about the veracity of the allegations within Plaintiff's complaint concerning the substance of any of the telephonic conversations USMS officials had with Plaintiff, or any other allegation contained within Plaintiff's complaint.

1

        Respectfully submitted,

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By:       _____/s/_____
        DENNIS C. BARGHAAN, JR.
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3891
        Fax:       (703) 299-3983
        Email: dennis.barghaan@usdoj.gov

DATE: May 22, 2015         ATTORNEYS FOR UNITED STATES
        MARSHALS SERVICE

OF COUNSEL:     Ed Bordley
        United States Marshals Service

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

David Stebbins
123 W. Ridge Street, Apt. D
Harrison, Arkansas 72601

<u>Date</u>: May 22, 2015                      /s/_____
                                                 DENNIS C. BARGHAAN, JR.
                                                 Assistant U.S. Attorney
                                                 2100 Jamieson Avenue
                                                 Alexandria, Virginia 22314
                                                 Telephone: (703) 299-3891
                                                 Fax:        (703) 299-3983
                                                 Email: dennis.barghaan@usdoj.gov

                                                 ATTORNEYS FOR UNITED STATES
                                                 MARSHALS SERVICE