UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:14cv1267 |
| ) | |
| RONALD CARTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### [Proposed] ORDER

Upon consideration of defendant's motion for an enlargement of time, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Deputy Marshal Carter shall answer or otherwise respond to plaintiff's complaint on or before June 8, 2015.

Dated: _____                          _____
                                          UNITED STATES MAGISTRATE JUDGE