UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD CARTER, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:14cv1267 |

ORDER

Upon consideration of defendant's motion for an enlargement of time, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Deputy Marshal Carter shall answer or otherwise respond to plaintiff's complaint on or before June 8, 2015.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

Dated: 5/29/15

1