UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:14cv1267 |
| ) | |
| RONALD CARTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that pursuant to the provisions of 28 U.S.C. § 2679(d)(1), the United States of America has been substituted by operation of law as party defendant in place of Ronald Carter and Joshua Devine with respect to the causes of action brought against Ronald Carter and Joshua Devine in Count II of plaintiff's complaint in the above-captioned matter. Pursuant to 28 U.S.C. § 2679(d)(1), this substitution has occurred by operation of law upon certification that Messrs. Carter and Devine were employees of the federal government acting within the scope of their employment at the time of the events out of which the plaintiff's claims arose. This certification is attached as Exhibit A to the instant paper.

///

///

                                          Respectfully submitted,

                                          DANA J. BOENTE
                                          UNITED STATES ATTORNEY

                         By:          /s/_____
                                          DENNIS C. BARGHAAN, JR.
                                          Assistant U.S. Attorney
                                          2100 Jamieson Avenue
                                          Alexandria, Virginia 22314
                                          Telephone: (703) 299-3891
                                          Fax:       (703) 299-3983
                                          Email: dennis.barghaan@usdoj.gov

DATE: June 8, 2015                         ATTORNEYS FOR DEFENDANTS

OF COUNSEL:      Ed Bordley
                           United States Marshals Service

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

David Stebbins
123 W. Ridge Street, Apt. D
Harrison, Arkansas 72601

Date: June 8, 2015                                   /s/_____
                                              DENNIS C. BARGHAAN, JR.
                                              Assistant U.S. Attorney
                                              2100 Jamieson Avenue
                                              Alexandria, Virginia 22314
                                              Telephone: (703) 299-3891
                                              Fax:       (703) 299-3983
                                              Email:  dennis.barghaan@usdoj.gov

                                              ATTORNEYS FOR DEFENDANTS