UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD CARTER, *et al.*, )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 1:14cv1267 |

**MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), defendants, Ronald Carter and Joshua Devine, in their individual capacities, and the United States of America, hereby respectfully move this Court to dismiss plaintiff's complaint in the above-captioned action for a lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted.  The grounds for this motion are fully explicated in the simultaneously-filed memorandum of law in support of the motion.

///

///

1

                Respectfully submitted,

                DANA J. BOENTE
                UNITED STATES ATTORNEY

By:         /s/_____
                DENNIS C. BARGHAAN, JR.
                Assistant U.S. Attorney
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                Telephone: (703) 299-3891
                Fax:       (703) 299-3983
                Email:  dennis.barghaan@usdoj.gov

DATE: June 8, 2015                ATTORNEYS FOR DEFENDANTS

OF COUNSEL:    Ed Bordley
                      United States Marshals Service

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

David Stebbins<br>
123 W. Ridge Street, Apt. D<br>
Harrison, Arkansas  72601

Date: June 8, 2015                                           /s/_____
                                                           DENNIS C. BARGHAAN, JR.
                                                           Assistant U.S. Attorney
                                                           2100 Jamieson Avenue
                                                           Alexandria, Virginia 22314
                                                           Telephone: (703) 299-3891
                                                           Fax:       (703) 299-3983
                                                           Email:  dennis.barghaan@usdoj.gov

                                                           ATTORNEYS FOR DEFENDANTS