UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:14cv1267 |
| ) | |
| RONALD CARTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on July 10, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants will bring on for hearing their motion to dismiss in the above-captioned action.

///

///

1

2

        Respectfully submitted,

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By:       /s/_____
        DENNIS C. BARGHAAN, JR.
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3891
        Fax:      (703) 299-3983
        Email: dennis.barghaan@usdoj.gov

DATE: June 8, 2015         ATTORNEYS FOR DEFENDANTS

OF COUNSEL:     Ed Bordley
                   United States Marshals Service

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

David Stebbins
123 W. Ridge Street, Apt. D
Harrison, Arkansas  72601

Date: June 8, 2015            /s/_____
                  DENNIS C. BARGHAAN, JR.
                  Assistant U.S. Attorney
                  2100 Jamieson Avenue
                  Alexandria, Virginia 22314
                  Telephone: (703) 299-3891
                  Fax:   (703) 299-3983
                  Email:  dennis.barghaan@usdoj.gov

                  ATTORNEYS FOR DEFENDANTS