David Stebbins
123 W. Ridge St.
Apt
Harrison, AR 72601

U.S. District Court
401 Courthouse Sq.
Alexandria, VA 22324

U.S. MARSHALS INSPECTED

NMA P&DF 72701
SAT 13 JUN 2015 PM