

## UNTED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

**DAVID A. STEBBINS**                          **PLAINTIFF**

**VS**         **CASE NO. 1:14-cv-01267-CMH-TCB**

**RONALD CARTER AND
JOSHUA DEVINE**                        **DEFENDANTS**

### NOTICE OF WAIVER OF ORAL ARGUMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby notifies the Court and Defendants that he waives his right to oral argument on the two current pending Motions to Dismiss, as he feels the written motions contain sufficient factual allegations and legal citations for the Court to decide the matter.

/s/ David Stebbins

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com