UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Civil Action No. 1:14cv1267 |
| RONALD CARTER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that pursuant to the provisions of 28 U.S.C. § 2679(d)(1), the United States of America has been substituted by operation of law as party defendant in place of Ronald Carter and Joshua Devine with respect to the causes of action brought against Ronald Carter and Joshua Devine in Count II of plaintiff's *amended* complaint[1] in the above-captioned matter. Pursuant to 28 U.S.C. § 2679(d)(1), this substitution has occurred by operation of law upon certification that Messrs. Carter and Devine were employees of the federal government acting within the scope of their employment at the time of the events out of which the plaintiff's claims arose. This certification is attached as Exhibit A to the instant paper.

///

///

---

[1] In his amended complaint, plaintiff specifically elected to "incorporate[] by reference" "[t]he contents of [his] original complaint," Am. Complaint (Dkt. No. 40), ¶1, which would include his original Count II, which alleged a claim for so-called "terroristic threatening" under the "common law," Complaint (Dkt. No. 1), ¶1.

1

        Respectfully submitted,

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By:        /s/
        DENNIS C. BARGHAAN, JR.
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3891
        Fax:       (703) 299-3983
        Email:  dennis.barghaan@usdoj.gov

DATE: June 24, 2015        ATTORNEYS FOR DEFENDANTS

OF COUNSEL:    Ed Bordley
                 United States Marshals Service

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

David Stebbins
123 W. Ridge Street, Apt. D
Harrison, Arkansas 72601

Date: June 24, 2015                                                   /s/
                                                          DENNIS C. BARGHAAN, JR.
                                                          Assistant U.S. Attorney
                                                          2100 Jamieson Avenue
                                                          Alexandria, Virginia 22314
                                                          Telephone: (703) 299-3891
                                                          Fax:       (703) 299-3983
                                                          Email: dennis.barghaan@usdoj.gov

                                                          ATTORNEYS FOR DEFENDANTS