# EXHIBIT A

 

**United States Attorney's Office**
**Eastern District of Virginia**

### CERTIFICATION

I, Dana J. Boente, United States Attorney for the Eastern District of Virginia, pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I am familiar with the allegations made in the complaint filed by the plaintiff, David A. Stebbins, in *Stebbins v. Devine, et al.*, No. 1:14cv1267 (E.D. Va.). On the basis of the information now available with respect to the claims set forth therein, I hereby find and certify that the named defendants, Joshua Devine and Ronald Carter, were acting within the scope of their federal office or employment at the time of the incident out of which the plaintiff's claim arose.

Dated: May 18, 2015

By: *[signature]*
DANA J. BOENTE
UNITED STATES ATTORNEY