UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS,          )<br>                                          )<br>     Plaintiff,                       )<br>                                          )<br>vs.                                    )     Civil Action No. 1:14cv1267<br>                                          )<br>RONALD CARTER, *et al.*,   )<br>                                          )<br>     Defendants.                 )<br>_____)  | |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), defendants, Ronald Carter and Joshua Devine, in their individual capacities, and the United States of America, hereby respectfully move this Court to dismiss plaintiff's amended complaint in the above-captioned action for a lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted.  The grounds for this motion are fully explicated in the simultaneously-filed memorandum of law in support of the motion.

///

///

1

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:        /s/_____
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

DATE: June 24, 2015        ATTORNEYS FOR DEFENDANTS

OF COUNSEL:     Ed Bordley
United States Marshals Service

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

    David Stebbins
    123 W. Ridge Street, Apt. D
    Harrison, Arkansas  72601

Date: June 24, 2015         /s/_____
            DENNIS C. BARGHAAN, JR.
            Assistant U.S. Attorney
            2100 Jamieson Avenue
            Alexandria, Virginia 22314
            Telephone: (703) 299-3891
            Fax:  (703) 299-3983
            Email:  dennis.barghaan@usdoj.gov

            ATTORNEYS FOR DEFENDANTS