UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RONALD CARTER, *et al.*, )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 1:14cv1267 |

**MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), defendants, Ronald Carter and Joshua Devine, in their individual capacities, and the United States of America, hereby respectfully move this Court to dismiss plaintiff's amended complaint in the above-captioned action for a lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. The grounds for this motion are fully explicated in the simultaneously-filed memorandum of law in support of the motion.

///

///

2

        Respectfully submitted,

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By:           /s/_____
        DENNIS C. BARGHAAN, JR.
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3891
        Fax:       (703) 299-3983
        Email:  dennis.barghaan@usdoj.gov

DATE: June 24, 2015        ATTORNEYS FOR DEFENDANTS

OF COUNSEL:    Ed Bordley
                  United States Marshals Service

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

David Stebbins<br>123 W. Ridge Street, Apt. D<br>Harrison, Arkansas 72601

Date: June 24, 2015                                                  /s/
                                                        DENNIS C. BARGHAAN, JR.
                                                        Assistant U.S. Attorney
                                                        2100 Jamieson Avenue
                                                        Alexandria, Virginia 22314
                                                        Telephone: (703) 299-3891
                                                        Fax:       (703) 299-3983
                                                        Email:  dennis.barghaan@usdoj.gov

                                                        ATTORNEYS FOR DEFENDANTS