**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| DAVID A. STEBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:14cv1267 |
| | ) | |
| RONALD CARTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### *ROSEBORO* NOTICE

Pursuant to Local Rule 7(J), and in accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), plaintiff is advised that he has the right to file a response opposing this motion, and that failure to respond may result in the relief requested in this motion – the dismissal of his amended complaint – being granted. Plaintiff's response must identify all facts stated by the defendants with which plaintiff disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury). Plaintiff may also file a legal brief in opposition to the one filed by the defendants. Unless the Court orders otherwise, plaintiff's response must be filed, and a copy provided to the defendants' counsel, within twenty-one (21) days of the date the defendants' motion is filed. The defendants' motion was filed on June 23, 2015.

///

///

1

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:   _____/s/_____
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:          (703) 299-3983
Email:  dennis.barghaan@usdoj.gov

DATE: June 24, 2015                             ATTORNEYS FOR DEFENDANTS

OF COUNSEL:       Ed Bordley
                  United States Marshals Service

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

David Stebbins
123 W. Ridge Street, Apt. D
Harrison, Arkansas  72601

Date: June 24, 2015                                         /s/_____
                                                      DENNIS C. BARGHAAN, JR.
                                                      Assistant U.S. Attorney
                                                      2100 Jamieson Avenue
                                                      Alexandria, Virginia 22314
                                                      Telephone: (703) 299-3891
                                                      Fax:         (703) 299-3983
                                                      Email:   dennis.barghaan@usdoj.gov

                                                      ATTORNEYS FOR DEFENDANTS