**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| DAVID A. STEBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:14cv1267 |
| ) | |
| RONALD CARTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that, on July 24, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants will bring on for hearing their motion to dismiss plaintiff's amended complaint in the above-captioned action.

///

///

1

                        Respectfully submitted,

                        DANA J. BOENTE
                        UNITED STATES ATTORNEY

By:          /s/_____
                    DENNIS C. BARGHAAN, JR.
                    Assistant U.S. Attorney
                    2100 Jamieson Avenue
                    Alexandria, Virginia 22314
                    Telephone: (703) 299-3891
                    Fax:      (703) 299-3983
                    Email: dennis.barghaan@usdoj.gov

DATE: June 24, 2015                ATTORNEYS FOR DEFENDANTS

OF COUNSEL:    Ed Bordley
                    United States Marshals Service

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the foregoing to the following non-user via first-class mail:

David Stebbins<br>
123 W. Ridge Street, Apt. D<br>
Harrison, Arkansas  72601

Date: June 24, 2015                               /s/
                                                   DENNIS C. BARGHAAN, JR.
                                                   Assistant U.S. Attorney
                                                   2100 Jamieson Avenue
                                                   Alexandria, Virginia 22314
                                                   Telephone: (703) 299-3891
                                                   Fax:       (703) 299-3983
                                                   Email:  dennis.barghaan@usdoj.gov

                                                   ATTORNEYS FOR DEFENDANTS