IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DAVID A. STEBBINS,                )
                                  )
    Plaintiff,                    )
                                  )
v.                                ) Civil Action No. 1:14-cv-1267
                                  )
                                  )
RONALD CARTER, et al.,            )
                                  )
    Defendants.                   )
                                  )

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss Plaintiff's initial complaint. It appearing to the Court that an amended complaint has been filed, it is hereby

ORDERED that Defendant's Motion to Dismiss Plaintiff's initial complaint is DENIED AS MOOT.

                                          /s/ Claude M. Hilton
                                          CLAUDE M. HILTON
                                          UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 10, 2015