

FILED
MAILROOM

JUL 10 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**DAVID A. STEBBINS**                                       **PLAINTIFF**

**VS**                  **CASE NO. 1:14-cv-01267-CMH-TCB**

**RONALD CARTER AND
JOSHUA DEVINE**                                       **DEFENDANTS**

**NOTICE OF WAIVER OF ORAL ARGUMENT**

Comes now, *pro se* Plaintiff David Stebbins, who hereby waives his right to oral

argument on the Defendant's Second Motion to Dismiss (Dkt. 45 & 46) in the above-styled

action.

So notified on this, the 4th day of July, 2015.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com