# ** CIVIL MOTION HEARING**

Date: 07/24/15                                           Judge: Hilton

Reporter: Patricia Bloom w/Rudiger, Green & Kerns
Time: 10:02 – 10:04


Civil Action Number: 1:14cv1267

      David A. Stebbins vs. Joshua Devine, et al.

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| Pro Se | Dennis Barghaan |

Appearance of Counsel for the defendants only.

Defendant's [45]/[46] Motions to Dismiss – Granted.