# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO                                                                                REBECCA BEACH SMITH
CLERK OF COURT                                                                                              CHIEF JUDGE

July 29, 2015

Dear Pro Se Litigant,

Pursuant to Local Civil Rule 83.1 (copy enclosed), all pro se litigants are required to complete a certification that states either that: 1. no attorney has prepared and/or assisted you in the preparation of your documents or 2. an attorney has prepared and/or assisted you in the preparation of your documents, and you must then provide the attorney(s) name, address and telephone number on the certification.

Your recently filed document(s)  Supplement to Answer to Motion to Dismiss (docket entry 56), which did not include a Rule 83.1 Certification.  **The certification must be completed with every filing you make.**

Your cooperation in this matter is greatly appreciated. Should you have any questions, please feel free to contact the Alexandria Clerk's Office at 703-299-2101.

Sincerely,

/s/

Deputy Clerk